Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone:  (702) 445-7000
Fax:  (702) 385-7743
Email:  ron@reynoldslawyers.com
mac@reynoldslawyers.com
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**LA REYNA MEXICAN RESTAURANT & MARISCOS LLC,  ET AL.**<br><br>**Defendants.** | Case No.:  2:12-cv-01528<br><br>**STIPULATION  OF DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO ALL PARTIES** |

Plaintiff J&J SPORTS PRODUCTIONS, INC., and defendants LA REYNA MEXICAN RESTAURANT & MARISCOS, LLC, and NACARIO MACIAS, DBA LA REYNA MEXICAN RESTAURANT & MARISCOS, through their respective counsel, pursuant to the settlement of this matter, hereby stipulate that this matter be dismissed with prejudice as to all parties hereto, with each party to bear its own costs and attorney's fees.

DATED:  January 8, 2014

| | |
|---|---|
| **REYNOLDS & ASSOCIATES** | **LAW OFFICE OF MATTHEW PARE** |
| /s/ Matthew M.  Reynolds | /s/  Matthew Pare |
| MATTHEW  REYNOLDS, NV Bar 12268 | MATTHEW PARE, Pro Hac Vice |
| mac@reynoldslawyers.com | mattparelawca@gmail.com |
| 823 Las Vegas Blvd. South, Suite 280 | 823 Anchorage Place, Suite 114 |
| Las Vegas, NV  89101 | Chula Vista, CA  91914 |
| Attorney for Plaintiff | Attorney for Defendant |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 16, 2014

2