1  Ronald H. Reynolds (NV SB No. 827)
   Matthew M. Reynolds (NV SB No. 12268)
2  REYNOLDS & ASSOCIATES
   823 Las Vegas Blvd. So., Suite 280
3  Las Vegas, NV 89101
   Phone:  (702) 445-7000
4  Fax:  (702) 385-7743
   Email:  ron@reynoldslawyers.com
5  mac@reynoldslawyers.com
   **Attorneys for Plaintiff**
6
7                    **UNITED STATES DISTRICT COURT**

8                              **DISTRICT OF NEVADA**

9
   | **J&J SPORTS PRODUCTIONS, INC.,** | Case No.: 2:12-cv-01528 |
10 |---|---|
   | Plaintiff, | |
11 | | **STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO ALL PARTIES** |
12 | vs. | |
   | **LA REYNA MEXICAN RESTAURANT & MARISCOS LLC, ET AL.** | |
13 | | |
14 | Defendants. | |
15

16
17        Plaintiff J&J SPORTS PRODUCTIONS, INC., and defendants LA REYNA MEXICAN

18 RESTAURANT & MARISCOS, LLC, and NACARIO MACIAS, DBA LA REYNA

19 MEXICAN RESTAURANT & MARISCOS, through their respective counsel, pursuant to the

20 settlement of this matter, hereby stipulate that this matter be dismissed with prejudice as to all

21 parties hereto, with each party to bear its own costs and attorney's fees.

22 DATED: January 8, 2014

23
   **REYNOLDS & ASSOCIATES**                    **LAW OFFICE OF MATTHEW PARE**
24
     /s/ Matthew M.  Reynolds                    /s/  Matthew Pare_____
25 MATTHEW  REYNOLDS, NV Bar 12268         MATTHEW PARE, Pro Hac Vice
   mac@reynoldslawyers.com                      mattparelawca@gmail.com
26 823 Las Vegas Blvd. South, Suite 280          823 Anchorage Place, Suite 114
   Las Vegas, NV  89101                          Chula Vista, CA  91914
27 Attorney for Plaintiff                        Attorney for Defendant

28

                                    1

1
2     IT IS SO ORDERED:
3     _____
      UNITED STATES DISTRICT JUDGE
4
5     DATED: January 16, 2014        _____
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28